STELLA  HAVKIN, #134334
HAVKIN AND SHRAGO
ATTORNEYS AT LAW
20700 Ventura Boulevard, Suite 328
Woodland Hills, California 91364
Telephone: (818) 999-1568
Facsimile: (818) 305-6040

Attorneys for Debtor Claire Levine

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>CLAIRE LEVINE,<br>aka Claire Goldstein aw Trustee<br>of Amadeus Trust,<br><br><br><br>Debtor. | Case No: 2:12-bk-22639-ER<br><br><br><br>Chapter 7<br><br>**DEBTOR AND CREDITOR JERRY GOLDSTEIN'S STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION GOLDSTEIN'S CLAIM NUMBER 10**<br><br><br>Date**:** August 6, 2014<br>Time: 10:00 a.m.<br>Courtroom: 1560 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE;**

**THE OFFICE OF THE U.S. TRUSTEE, CLAIMANT AND ITS COUNSEL OF RECORD;**

**AND PARTIES IN INTEREST**:

Claire Levine, the debtor in the above-captioned Chapter 7 bankruptcy case (the "Debtor"), and Claimant Gerald Goldstein ("Goldstein") hereby agree and stipulate as follows, based on the following recitals:

## I.

## RECITALS

1.   The Debtor filed her Objection to Goldstein's Claim Number 10 on April 15, 2014.

2.   The parties stipulated to continue the hearing on the Objection to August 6, 2014 at 10:00 a.m.

3.   The parties are engaged in settlement discussions and as such, wish to conserve resources. They wish to continue the hearing on the Objection to September 17, 2014 at 11:00 a.m. to work on the potential settlement.

4.   Further, Goldstein who has not filed an opposition to the Objection shall have the right to file an opposition to the Objection until September 3, 2014.

## STIPULATION

WHEREFORE, it is hereby agreed to and stipulated that the hearing on the Debtor's Objection to Claim Number 10 shall be continued to September 17, 2014 and Goldstein shall have until September 4, 2014 to file his response to the objection.

Dated: July 29, 2014

HAVKIN & SHRAGO

By: _____
Stella Havkin
Attorneys for Debtor Claire Levine

Dated: July 29, 2014

NEMECEK COLE

By: _____
Lucy H,. Mekhael
Attorneys for Claimant Jerry Goldstein

Stipulation to Continue                    - 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

20700 Ventura Boulevard, Suite 328, Woodland Hills, CA 91364


A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Extend Hearing Date _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/30/2014_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com  sda@sghoalaw.com  rbauer@mileslegal.com
ustpregion16.la.edf@usdoj.gov        jcole@nemecek-cole.com,
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
srodriguez@nemecek-cole.com;wjeffries@nemecek-cole.com;kmorganella@nemecek-cole.com

☑ Service information continued on attached page


**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   07/30/2014_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest Robles
United States Bankruptcy Judge
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page


**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   07/30/2014_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)  (VIA E-MAIL; ADDRESS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/30/2014 | Stella Havkin | | /s/ Stella Havkin |
| --- | --- | --- | --- |
| *Date* | *Printed Name* | | *Signature* |

mdomeyer@mileslegal.com; cjones@mileslegal.com

 acmecf@laklawyers.com

jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com

tmg@jmbm.com, we1@jmbm.com;fc3@jmbm.com

mghidotti@ghidottilaw.com, jlavayen@ghidottilaw.com

ahami@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

mhashmall@millerbarondess.com, cconklin@millerbarondess.com

bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com
kzilberstein@mccarthyholthus.com

dare.law@usdoj.gov, alvin.p.mar@usdoj.gov;hatty.yip@usdoj.gov

dlev@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com

clairegoldstein@gmail.com dmcgoldricklaw@yahoo.com

kmijanovic@hbblaw.com bknotice@mccarthyholthus.com

crivera@chadbourne.com   pjr.legal@gmail.com

bankruptcy@zievelaw.com