Howard I. Camhi (SBN 149194)
hcamhi@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Specially Appearing on behalf of Gerald Goldstein
Solely In Connection With Response To Court Order
Regarding Assignment of Claim And For No Other Purpose

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Claire Levine,<br><br>          Debtors. | Case No. 2:12-bk-22639-ER<br><br>Chapter 7<br><br>**GERALD GOLDSTEIN'S OPPOSITION TO ALLEGED TRANSFER OF CLAIM NO. 10-1**<br><br>[NO HEARING SET]<br><br>Date:<br>Time:<br>Crtrm.:  1568 |

      COMES NOW, CREDITOR GERALD GOLDSTEIN (hereinafter "Goldstein") who files this Opposition to the alleged transfer of his claim (designated as Claim No. 10-1 (hereinafter the "Goldstein Claim")) to Pacific Western Bank (hereinafter, "PWB"), and respectfully submits as follows:

      On July 2, 2018, this Court entered an Order (1) Disapproving Stipulation Between Claire Levine And Gerald Goldstein To Continue Pretrial Conference And (2) Fixing July 9, 2018, As The Deadline For Gerald Goldstein To File An Objection Under Bankruptcy Rule 3001(e)(2) To The Notice Of Transfer Of The Goldstein Claim (hereinafter, the "Stipulation Order") ECF #583).

      The Stipulation Order referred to a certain Notice of Transfer of Claim other Than For

15901.2:9296704.1

GERALD GOLDSTEIN'S OPPOSITION TO ALLEGED TRANSFER OF CLAIM NO. 10-1

Security (ECF #569, hereinafter, "Transfer Notice") filed by PWB interpreting the Transfer Notice to enable PWB to "acquire all rights to prosecute the Goldstein Claim". See Stipulation Order at page 2. In fact, the Stipulation Order contemplated that there was a "strong possibility that PWB will be the party prosecuting the Goldstein Claim.. . ." *Id.*

The Stipulation Order misinterprets PWB's position as clarified by PWB and this Court must find that all rights to prosecute, defend, compromise or otherwise hand the Goldstein Claim remain with Goldstein. Accordingly, Goldstein objects to the Transfer Notice and, based on PWB's clarification, to reconsider its disapproval of the Stipulation to Continue Pretrial Conference.

To wit: On July 9, 2018, PWB filed a document entitled "Statement of Position by Pacific Western Bank Regarding Claim No. 10-1" (ECF #589) clarifying PWB's position that by filing its Request for Issuance of Notice of Transfer of Claim Pursuant to FRBP 3001(e) (ECF #569), it does <u>not</u> claim ownership of, nor the ability to make decisions regarding, the Claim. Instead, PWB confirms that, at most, any purported assignment was for security purposes only pursuant to Fed. R. Bankr. P 3001(e)(4). PWB also clarifies in its position statement it does not assert that it has the right (or any obligation) to prosecute or defend the Claim against objection or for any other purpose. See Statement at p. 2, lines 6-8.

Indeed, PWB cannot rightfully assert ownership of the Claim. The exhibits to PWB's Notice reveal that it relies upon an assignment order obtained against Goldstein pursuant to California <u>Code of Civil Procedure</u> § 708.510. That section is specifically titled "<u>Assignment of Right to Payments</u> . ." (emphasis added) and enables the court to assign to a judgment creditor all or part of a right to payment due or to become due. By its very terms, the assignment order and the statutory basis relied upon by PWB clarify for this Court that Goldstein remains the owner of the Claim with power, to the exclusion of PWB, to prosecute, defend, compromise and take all other necessary and appropriate actions with respect to the Claim.[1] Indeed, the assignment order

---

[1] Nothing contained in this Statement shall be deemed or construed to waive or otherwise impact Goldstein's rights to further object to the purported assignment order on any appropriate
(footnote continued)

15901.2:9296704.1    2

GERALD GOLDSTEIN'S OPPOSITION TO ALLEGED TRANSFER OF CLAIM NO. 10-1

provides that certain persons or entities "shall make all payments payable to the order of Pacific Western Bank...". (See, ECF #569 at Exhibit B.6., page 3)

Based on the foregoing, Goldstein respectfully requests this Court find that he remains the owner of Claim No. 10-1 with the power to prosecute, defend, compromise and take all other necessary and appropriate actions with respect to the Claim. In addition, based on this opposition and PWB's clarification, Goldstein submits that the concerns expressed by this Court upon which it disapproved the Stipulation to Continue Pretrial Conference are misplaced and the Stipulation should be approved for the limited time requested therein to enable the parties to consummate their settlement.

DATED: July 9, 2018

ERVIN COHEN & JESSUP LLP
Howard I. Camhi

By: /s/ Howard I. Camhi
Howard I. Camhi
Specially Appearing on behalf of Gerald Goldstein Solely In Connection With Response To Court Order Regarding Assignment of Claim And For No Other Purpose

---

ground including, but not limited to, the fact that the assignment order is void and in violation of this Court's Order granting relief from stay confirming that the state shall remain in effect with respect to enforcement actions that directly or indirectly impact estate property. See, ECF #299 at p. 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9401 Wilshire Boulevard, 9th Floor, Beverly Hills, CA 90212-2974

A true and correct copy of the foregoing document entitled (*specify*): **GERALD GOLDSTEIN'S OPPOSITION TO ALLEGED TRANSFER OF CLAIM NO. 10-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 9, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 9, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 9, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**U.S. Bankruptcy Judge        (by attorney service)**
Hon. Ernest M. Robles
United States Bankruptcy Court | Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/9/2018 | Lore Pekrul | /s/ Lore Pekrul |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Sean D. Allen on behalf of Creditor 11847 Gorham Homeowners Association: allen@RAattorneys.com

Sean D. Allen on behalf of Interested Party Courtesy NEF: allen@RAattorneys.com

Richard J Bauer, Jr on behalf of Interested Party Courtesy NEF: rbauer@mileslegal.com

Joseph P Buchman on behalf of Creditor Trinity Financial Services LLC: jbuchman@bwslaw.com, svasquez@bwslaw.com

Jonathan E Burke on behalf of Interested Party Pacific Western Bank: jburke@pmcos.com, malvarado@pmcos.com,efilings@pmcos.com

Jonathan B Cole on behalf of Creditor Gerald Goldstein: jcole@nemecek-cole.com, srodriguez@nemecek-cole.com;wjeffries@nemecek-cole.com;kmorganella@nemecek-cole.com

Mark T. Domeyer on behalf of Creditor Bank of America, N.A: mark.domeyer@lee-associates.com

Mark T. Domeyer on behalf of Creditor The Bank of New York Mellon, as Trustee: mark.domeyer@lee-associates.com

Mark T. Domeyer on behalf of Creditor Wells Fargo Bank, N.A: mark.domeyer@lee-associates.com

Howard M Ehrenberg (TR): ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

Howard M Ehrenberg (TR) on behalf of Trustee Howard M Ehrenberg (TR): ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

Brandye N Foreman on behalf of Creditor Wilmington Savings Fund Society, FSB: cdcaecf@bdfgroup.com

Rafael R Garcia-Salgado on behalf of Creditor Trinity Financial Services LLC: rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com

Thomas M Geher on behalf of Debtor Claire Levine: tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Michelle R Ghidotti on behalf of Creditor Napoli Palisades Partners, LLC: ECFNotifications@ghidottilaw.com

Hal D Goldflam on behalf of Creditor PACIFIC WESTERN BANK: hgoldflam@frandzel.com, bwilson@frandzel.com

Hal D Goldflam on behalf of Interested Party Pacific Western Bank: hgoldflam@frandzel.com, bwilson@frandzel.com

Asa S Hami on behalf of Interested Party Courtesy NEF: ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Trustee Howard M Ehrenberg (TR): ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Jennifer M Hashmall on behalf of Special Counsel Courtesy NEF: mhashmall@millerbarondess.com, mramirez@millerbarondess.com

Jennifer M Hashmall on behalf of Special Counsel Miller Barondess LLP: mhashmall@millerbarondess.com, mramirez@millerbarondess.com

Jennifer M Hashmall on behalf of Trustee Howard M Ehrenberg (TR): mhashmall@millerbarondess.com, mramirez@millerbarondess.com

Stella A Havkin on behalf of Debtor Claire Levine: stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com

Merdaud Jafarnia on behalf of Creditor Capital One, N.A.: bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

Merdaud Jafarnia on behalf of Creditor Capital One, N.A., its assignees and/or successors: bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Merdaud Jafarnia on behalf of Interested Party Courtesy NEF: bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

Cori B Jones on behalf of Creditor The Bank of New York Mellon, as Trustee: cjones@wrightlegal.net, spolin@wrightlegal.net

Dare Law on behalf of U.S. Trustee United States Trustee (LA): dare.law@usdoj.gov

Daniel A Lev on behalf of Interested Party Courtesy NEF: dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Daniel A Lev on behalf of Trustee Howard M Ehrenberg (TR): dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Anne C Manalili on behalf of Creditor Association of Apartment Owners of Wailea Beach Villas

acmecf@laklawyers.com

Matthew A Mannering on behalf of Creditor Capital One, N.A.: mmannering@hunton.com

Dennis E McGoldrick on behalf of Debtor Claire Levine: dmcgoldricklaw@yahoo.com, demcg@demcg.com

Krsto Mijanovic on behalf of Creditor JPMORGAN CHASE BANK, N.A.: kmijanovic@hbblaw.com

Kelly M Raftery on behalf of Creditor Capital One, N.A., its assignees and/or successors: bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Richard J Reynolds on behalf of Creditor Trinity Financial Services LLC: rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com

Christy Rivera on behalf of Creditor Mortimer D.A. Sackler: crivera@chadbourne.com

Peter J Rudinskas on behalf of Creditor Peter Rudinskas: pjr.legal@gmail.com

Peter J Rudinskas on behalf of Interested Party Courtesy NEF: pjr.legal@gmail.com

Thomas J. Salerno on behalf of Interested Party Thomas J Salerno: Thomas.salerno@stinson.com, lindsay.petrowski@stinson.com

Mark Schaeffer on behalf of Creditor Gerald Goldstein: mschaeffer@nemecek-cole.com, ghenderson@nemecek-cole.com

Richard A Shaffer on behalf of Interested Party Courtesy NEF: rick@raslaw.com

Richard A Shaffer on behalf of Interested Party Pacific Western Bank: rick@raslaw.com

Thomas E Shuck on behalf of Interested Party Pacific Western Bank: efilings@pmcos.com

Brian H Tran on behalf of Creditor The Bank of New York Mellon, as Trustee: bankruptcy@zievelaw.com

Brian H Tran on behalf of Interested Party Courtesy NEF: bankruptcy@zievelaw.com

Edward A Treder on behalf of Interested Party Courtesy NEF: cdcaecf@bdfgroup.com

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

Reed S Waddell on behalf of Creditor PACIFIC WESTERN BANK: rwaddell@frandzel.com, sking@frandzel.com

Jennifer C Wong on behalf of Creditor Capital One, N.A., its assignees and/or successors

bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kristin A Zilberstein on behalf of Creditor Capital One, N.A., its assignees and/or successors: ecfnotifications@ghidottilaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

Hal D. Goldflam, Esq.
Reed S. Waddell
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017-2427

Claire Levine
P.O. Box 253
Pacific Palisades, CA 90272-0253

Thomas M. Geher
JEFFER MANGLES BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Stella A. Havkin
HAVKIN & SHRAGO
5950 Canoga Avenue, Ste. 400
Woodland Hills, CA 91367

Dennis E. McGoldrick
21250 Hawthorne Blvd., Ste. 700
Torrance, CA 90503

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Howard Ehrenberg, Chapter 7 Trustee
c/o Asa S. Hami
SULMEYERKUPETZ, A PROF CORP
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE