Howard M. Ehrenberg
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 626-2311
hehrenberg@sulmeyerlaw.com

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLAIRE LEVINE,<br><br>Debtor. | CASE NO. 2:12-bk-22639 ER<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S INTENTION TO ABANDON REAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554 (a), Fed. Rule Bank. Pro. 2002(c) & LOCAL BANKRUPTCY RULE 6007-1**<br><br>HEARING DATE: [No Hearing Set] |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

**YOU ARE HEREBY NOTIFIED THAT** immediately after fourteen (14) days from the date of mailing of this Notice, Howard M. Ehrenberg, the duly appointed Chapter 7 Trustee herein (the "Trustee"), intends to and will abandon the following described real property as burdensome and of inconsequential value to the estate.

Pursuant to Local Bankruptcy Rule 6007-1, objections hereto and requests for hearing before the Court, if any, shall be in writing and filed with the Clerk of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012, and served upon the Office of the United States Trustee, located at 915 Wilshire

[\NOT\498360.1]

Blvd., Suite 1850, Los Angeles, California 90017 and the Trustee herein at the address shown at the upper left corner of the Notice, within fourteen (14) days of the date of the mailing of this Notice. Any objections not timely filed and properly served will be waived and deemed as consent to the relief requested by the Trustee herein. Pursuant to 11 U.S.C. § 554(a), Rule 2002(c) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 6007-1, if no written objection and request for hearing is served within fourteen (14) days of the mailing of the Notice, the Trustee shall be deemed to be authorized to take any and all actions necessary or convenient regarding the abandonment proposed herein in the Trustee's sole discretion.

The Trustee intends to abandon the following:

3800 Wailea Alanui Drive #B101, Kihei, Hawaii 96753

The abandonment may be effectuated, in the Trustee's sole discretion, upon the filing of a notice of abandonment with the Bankruptcy Court Clerk's Office, served solely upon the Office of the United States Trustee and the Debtor. However, the Trustee reserves the right, in her sole discretion, to seek a Court order authorizing any and all actions necessary or convenient relative to the abandonment. To the extent that a motion, request and/or application is required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Bankruptcy Rules applicable hereto, this Notice shall constitute such motion, request and/or application.

DATED: January 11, 2019    /s/ Howard M. Ehrenberg
Howard M. Ehrenberg
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Thirty-Fourth Floor, Los Angeles, California  90071-1406.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF ABANDONMENT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 11, 2019  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard Ehrenberg (TR) ehrenbergtrustee@sulmeyerlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  January 11, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2019 | Lupe V. Cortez | */s/ Lupe Cortez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

[NOT\498360.1]                                                                           -3-

| | | |
|---|---|---|
| 11847 Gorham Homeowners Association<br>c/o Swedelson & Gottlieb<br>11900 W Olympic Blvd #700<br>Los Angeles, CA 90064-1045 | Bank of America, N.A....<br>Miles, Bauer, Bergstrom & Wint<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 | Capital One, N.A., its assignees and/or succ<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | JPMORGAN CHASE BANK, N.A.<br>Donna K. Morris<br>201 N. Central Avenue<br>Phoenix, AZ 85004-0073 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Napoli Palisades Partners, LLC<br>c/o Law Offices of Michelle Ghi<br>31 E. MacArthur Crescent<br>Santa Ana, CA 92707-5934 | The Bank of New York Mellon, as Trustee...<br>Miles, Bauer, Bergstrom & Wint<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 |
| Hon. Ernest Robles<br>US Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 | Assoc. Of Apt. Owners<br>Of Wailea Beach Villas<br>PO Box 1138<br>Kihei, HI 96753-1138 | Association of Apartmernt Owners<br>Of Wailea Beach Villas<br>3750 Wailea Alanui Dr #B-51<br>Wailea, HI 96753-8345 |
| Association of Apt. Owners of Wailea Beach V<br>c/o Levinson Arshonsky & Kurtz<br>Attn: Anne C. Manalili, Esq.<br>Sherman Oaks, CA 91403-6620 | Assured Lender Services, Inc<br>2552 Walnut Ave., Ste 110<br>Tustin, CA 92780-6991 | Bank Of America<br>Home Loans<br>PO Box 260599<br>Plano, TX 75026-0599 |
| Bank Of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | Capital One Bank<br>7933 Preston Rd.<br>Plano, TX 75024-2359 | Department Stores National Bank/Bloomingdale<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Gerald Golstein<br>Lucy H. Mekhael<br>15260 Ventura Blvd Ste 920<br>Sherman Oaks, CA 91403-5344 | INTERNAL REVENUE SERVICE *<br>300 North Los Angeles Street<br>M/S 5022<br>Los Angeles, CA 90012-3351 | JP Morgan Chase<br>245 Park Ave, Fl 15<br>New York, NY 10167-0002 |
| JP Morgan Chase<br>PO Box 659764<br>San Antonio, TX 78265 | Mortimer D.A. Sackler<br>15 East 62nd Street<br>New York New York | Peter J. Rudinskas<br>P.O. Box 24671<br>Los Angeles, CA 90024-0671 |
| Phillips Cohen<br>Mail Stop 873<br>1002 Justison St.<br>Wilmington, DE 19801-5148 | Sky Lewis<br>1610 Rawhide St<br>Las Vegas, NV 89119-2743 | Sky Lewis<br>33037 Anasazi Dr.<br>Temecula, CA 92592-5892 |
| Wailea Alanui<br>HOA<br>3800 Wailea Alanui<br>Wailea, HI 96753-5454 | Wailea Community Assoc<br>C/O Porter & Watts<br>841 Bishop St. #2125<br>Honolulu, HI 96813-3987 | Wells Fargo Bank, N.A. as Trustee...<br>Miles, Bauer, Bergstrom & Wint<br>1231 East Dyer Road Suite 10<br>Santa Ana, CA 92705-5643 |

Wiilea Comm Asssoc  
555 Kaukahi St  
Wailea, HI 96753-5469

Claire Levine  
888 Napoli Dr  
Pacific Palisades

Dennis E Mcgoldrick  
350 S Crenshaw Blvd Ste A207  
Torrance, CA 90503-1740

Gerald Goldstein  
22058 Pacific Coast Highway  
Malibu, CA 90265-5025

Mortimer D.A. Sackler  
c/o Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY 10112-0129

Peter Rudinskas  
10920 Wilshire Blvd  
#150-9106  
Los Angeles, CA 90024-6502

Thomas M Geher  
1900 Ave Of Stars 7th Flr  
Los Angeles, CA 90067-4308